Exhibit 1

**Ademi & O'Reilly, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
http://www.ademilaw.com
414/482-8000

Invoice submitted to:
Barbara Schneider

November 07, 2007

Invoice #1042

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2006 RKO | Draft<br>Draft complaint and initial papers, perform due dilligence on claim, standing, sec filing research on Target and companies named Target, review history or Retailer National Bank, industrial bank regs on charges etc. | | 1.80<br>325.00/hr | 585.00 |
| 3/16/2006 RKO | Conference with client<br>Conference with client regarding case filing | | 1.00<br>325.00/hr | 325.00 |
| 4/8/2006 RL | Draft<br>Draft consent to magistrate | | 0.20<br>325.00/hr | 65.00 |
| 5/22/2006 RKO | Review<br>Review MTD, outline response, discuss brief with JD | | 1.70<br>325.00/hr | 552.50 |
| 5/23/2006 JDB | Review<br>Review def's MTD brief | | 1.00<br>240.00/hr | 240.00 |
| JDB | Draft<br>Draft MTD response brief | | 3.50<br>240.00/hr | 840.00 |
| 5/25/2006 JDB | Draft<br>Draft final revisions to MTD response brief, file | | 3.20<br>240.00/hr | 768.00 |

|            |     |                                                                                                                  | Hrs/Rate         | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 6/8/2006   | JDB | Review<br>Review def's MTD reply brief                                                                           | 0.50<br>240.00/hr | 120.00 |
| 7/13/2006  | RKO | Review<br>Review decision and order on Motion to Dismiss                                                         | 0.30<br>325.00/hr | 97.50  |
| 7/17/2006  | JDB | Review<br>Review court's ruling denying def's MTD                                                                | 1.00<br>240.00/hr | 240.00 |
| 7/25/2006  | RKO | Research<br>Research on whether survey needed to establish claim, possilbity of creating valid survey            | 1.80<br>325.00/hr | 585.00 |
| 7/28/2006  | SA  | Draft<br>Draft request for settlement info for TSYS                                                              | 0.20<br>325.00/hr | 65.00  |
| 8/28/2006  | JDB | Draft<br>Draft discovery req                                                                                     | 2.00<br>240.00/hr | 480.00 |
| 8/30/2006  | JDB | Court Appearance for Hearing<br>Court Appearance for Hearing - R16 scheduling conf. in person + travel           | 1.70<br>240.00/hr | 408.00 |
| 10/16/2006 | RKO | Advise<br>Advise re: Settlement                                                                                  | 1.10<br>325.00/hr | 357.50 |
| 10/17/2006 | SA  | Draft<br>Draft settlement proposal, review conference with Rob & Corey                                           | 2.20<br>325.00/hr | 715.00 |
| 10/18/2006 | SA  | Review<br>Review request for extension re settlement                                                             | 0.20<br>325.00/hr | 65.00  |
| 10/30/2006 | SA  | Review<br>Review settlement posture, advise Rob on need for litigation                                           | 0.80<br>325.00/hr | 260.00 |
| 11/6/2006  | RKO | Draft<br>Draft Class Representative declaration on class action, schedule appt with client                       | 1.10<br>325.00/hr | 357.50 |

Barbara Schneider                                                                                         Page        3

|            |       |                                                                                              | Hrs/Rate     | Amount |
|------------|-------|----------------------------------------------------------------------------------------------|--------------|--------|
| 12/12/2006 | RKO   | Draft<br>Draft and review initial settlement papers                                          | 2.20<br>325.00/hr | 715.00 |
| 4/6/2007   | CMM   | Meeting<br>Meeting w/ Atty Ademi discussing settlement                                       | 0.10<br>230.00/hr | 23.00  |
| 4/28/2007  | CMM   | File Review<br>File Review                                                                   | 0.10<br>230.00/hr | 23.00  |
| 4/30/2007  | CMM   | Draft<br>Drafting and filing not. of appeatance                                              | 0.10<br>230.00/hr | 23.00  |
| 5/1/2007   | CMM   | Meeting<br>Meeting w/ Atty O'Reilly re: class settlement                                     | 0.10<br>230.00/hr | 23.00  |
| 5/31/2007  | CMM   | Preparation<br>Preparation of settlemenmt docs                                               | 0.80<br>230.00/hr | 184.00 |
|            | CMM   | Letter to client<br>emails w/ opp atty re: settlement docs                                   | 0.10<br>230.00/hr | 23.00  |
|            | CMM   | Review<br>Review and revision of class settlement notice; email to opp atty re: all settlement docs | 0.60<br>230.00/hr | 138.00 |
|            | CMM   | Letter to client<br>emails w/ opp atty re: revisions to settlement docs; signatures; notice to Ct. | 0.50<br>230.00/hr | 115.00 |
| 6/1/2007   | CMM   | Letter to client<br>emails w/ opp atty re: settlement docs                                   | 0.10<br>230.00/hr | 23.00  |
| 6/4/2007   | CMM   | Review<br>Reviewing Ct.'s rescheduling of status conf.                                       | 0.10<br>230.00/hr | 23.00  |
| 6/5/2007   | CMM   | Letter to client<br>email to opp atty re: filing of settlement docs                          | 0.10<br>230.00/hr | 23.00  |

Barbara Schneider                                                                                      Page     4

|            |     |                                                                                  | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------|-----------------|--------|
| 6/5/2007   | CMM | Preparation<br>Preparation of settlement docs                                    | 0.20<br>230.00/hr | 46.00  |
|            | CMM | Review<br>Reviewing email from opp atty re: settlement signatures                | 0.10<br>230.00/hr | 23.00  |
| 6/6/2007   | CMM | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney about settlement signatures | 0.10<br>230.00/hr | 23.00  |
| 6/14/2007  | CMM | Preparation<br>Preparation for status conf. tomorrow                             | 0.10<br>230.00/hr | 23.00  |
| 6/15/2007  | CMM | Court Appearance<br>Court Appearance informing Ct. of settlement                 | 0.30<br>230.00/hr | 69.00  |
|            | CMM | File Review<br>File Review/udate w/ requirements for class settlement            | 0.10<br>230.00/hr | 23.00  |
| 6/22/2007  | CMM | Draft<br>Drafting settlement docs                                                | 1.30<br>230.00/hr | 299.00 |
| 6/25/2007  | CMM | Letter to client<br>emails w/ opp atty                                           | 0.10<br>230.00/hr | 23.00  |
| 6/27/2007  | CMM | Letter to client<br>emails w/ opp atty re: settlement docs; reviewing docs from opp atty | 0.40<br>230.00/hr | 92.00  |
|            | CMM | Letter to client<br>emails w/ opp atty re: settlement docs                       | 0.10<br>230.00/hr | 23.00  |
|            | CMM | Review<br>Reviewing settlement docs revisions; email to opp atty re: same        | 0.20<br>230.00/hr | 46.00  |
|            | CMM | Phone call from client<br>Phone call w/ client re: settlement of case            | 0.20<br>230.00/hr | 46.00  |

Barbara Schneider  Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/28/2007 | CMM | Conference with client<br>Conference with client to sign agreement; preparation of settlement docs for filing | 0.80<br>230.00/hr | 184.00 |
|  | CMM | Letter to client<br>emails w/ opp atty re: settlement docs | 0.10<br>230.00/hr | 23.00 |
| 6/29/2007 | CMM | Preparation<br>final Preparation and filing of all settlement docs | 0.60<br>230.00/hr | 138.00 |
|  | CMM | File Review<br>File Review/update | 0.10<br>230.00/hr | 23.00 |
| 7/16/2007 | CMM | File Review<br>File Review/update w/ Ct.'s sched. of hearing for preliminary approval | 0.20<br>230.00/hr | 46.00 |
| 7/19/2007 | CMM | Telephone call with opposing Attorn<br>Telephone message with opposing Attorney re: preliminary approval hearing | 0.20<br>230.00/hr | 46.00 |
|  | CMM | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney re: preliminary approval hearing | 0.30<br>230.00/hr | 69.00 |
|  | CMM | Preparation<br>Preparation for preliminary approval hearing | 0.40<br>230.00/hr | 92.00 |
|  | CMM | Court Appearance<br>Court Appearance via phone for preliminary approval hearing | 0.30<br>230.00/hr | 69.00 |
| 7/20/2007 | CMM | Review<br>Reviewing Ct.'s preliminary approval order | 0.30<br>230.00/hr | 69.00 |
| 8/16/2007 | CMM | Phone call from client<br>Phone call from client | 0.20<br>230.00/hr | 46.00 |
| 9/13/2007 | CMM | File Review<br>File Review on class notice | 0.50<br>230.00/hr | 115.00 |

Barbara Schneider

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2007 | CMM | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney re: class notice | 0.20<br>230.00/hr | 46.00 |
| | CMM | Meeting<br>Meeting w/ atty o'reilly re: D's failure to notice class | 0.20<br>230.00/hr | 46.00 |
| | CMM | Telephone call with opposing Attorn<br>Telephone messsage with opposing Attorney re: P's position re: D's class notice mistake | 0.10<br>230.00/hr | 23.00 |
| | CMM | File Review<br>File Review/update | 0.10<br>230.00/hr | 23.00 |
| | CMM | Letter to client<br>email to opp atty re: class notice | 0.10<br>230.00/hr | 23.00 |
| | CMM | Telephone call with opposing Attorn<br>Telephonemessage from opposing Attorney | 0.10<br>230.00/hr | 23.00 |
| | CMM | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney re: P's position on D's mess up of sending notice | 0.10<br>230.00/hr | 23.00 |
| 9/18/2007 | CMM | Letter to client<br>emails w/ opp atty re: class notice; updating file w/ class list from D | 0.30<br>230.00/hr | 69.00 |
| 9/20/2007 | CMM | Phone call from client<br>Phone call from class member | 0.10<br>230.00/hr | 23.00 |
| | CMM | Phone call from client<br>Phone call from class member | 0.10<br>230.00/hr | 23.00 |
| 9/21/2007 | CMM | Phone call from client<br>Phone call from and to class member | 0.10<br>230.00/hr | 23.00 |
| | CMM | Review<br>Reviewing claim forms | 0.10<br>230.00/hr | 23.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/24/2007 | CMM | Review<br>Reviewing claim forms | 0.20<br>230.00/hr | 46.00 |
| 9/25/2007 | CMM | File Review<br>File Review/update w/ claim forms | 0.10<br>230.00/hr | 23.00 |
| 9/26/2007 | CMM | Preparation<br>Preparation of claim forms | 0.10<br>230.00/hr | 23.00 |
| 9/27/2007 | CMM | Preparation<br>Preparation of claim forms | 0.10<br>230.00/hr | 23.00 |
| 9/28/2007 | CMM | Review<br>Reviewing claim forms and opt-out | 0.20<br>230.00/hr | 46.00 |
| | CMM | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney re: aff. of mailing of class notice | 0.10<br>230.00/hr | 23.00 |
| 10/1/2007 | CMM | Review<br>Reviewing claim forms | 0.10<br>230.00/hr | 23.00 |
| 10/2/2007 | CMM | Review<br>Reviewing claim forms | 0.10<br>230.00/hr | 23.00 |
| 10/3/2007 | CMM | Review<br>Reviewing claim forms | 0.10<br>230.00/hr | 23.00 |
| | CMM | Preparation<br>Preparation of fee pet. | 0.70<br>230.00/hr | 161.00 |
| | CMM | Preparation<br>Preparation of fee pet. docs | 0.20<br>230.00/hr | 46.00 |
| 10/4/2007 | CMM | Letter to client<br>email to opp atty re: aff. of mailing of notice | 0.10<br>230.00/hr | 23.00 |

|            |     |                          |                                                        | Hrs/Rate        | Amount |
|------------|-----|--------------------------|--------------------------------------------------------|-----------------|--------|
| 10/4/2007  | CMM | Letter to client<br>emails w/ opp atty re: aff. of mailing |                            | 0.10<br>230.00/hr | 23.00  |
|            | CMM | Research<br>Researching for fee app. |                                            | 0.30<br>230.00/hr | 69.00  |
|            | CMM | File Review<br>File Review/update |                                               | 0.30<br>230.00/hr | 69.00  |
|            | CMM | Research<br>Research and drafting fee pet. |                                      | 1.30<br>230.00/hr | 299.00 |
|            | CMM | Meeting<br>Meetings w/ Atty Blythin re: case work |                               | 0.30<br>230.00/hr | 69.00  |
|            | CMM | Research<br>Research |                                                            | 0.30<br>230.00/hr | 69.00  |
| 10/5/2007  | CMM | Review<br>Reviewing copy of actual notice sent out late by D |                    | 0.10<br>230.00/hr | 23.00  |
|            | CMM | Review<br>Reviewing claim forms |                                                 | 0.10<br>230.00/hr | 23.00  |
| 10/8/2007  | CMM | Review<br>Reviewing file re: D's aff. of mailing |                                | 0.10<br>230.00/hr | 23.00  |
| 10/9/2007  | CMM | Preparation<br>Preparation of fee pet. |                                          | 0.50<br>230.00/hr | 115.00 |
|            | CMM | Review<br>Reviewing claim forms |                                                 | 0.10<br>230.00/hr | 23.00  |
|            | CMM | File Review<br>File Review; preparation of fee pet. docs |                        | 0.60<br>230.00/hr | 138.00 |

|            |     |                                                                                                                                           | Hrs/Rate        | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 10/10/2007 | CMM | Review<br>Reviewing claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 10/11/2007 | CMM | Review<br>Reviewing claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 10/16/2007 | CMM | Review<br>Review of claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 10/23/2007 | CMM | Review<br>Review of claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 10/24/2007 | CMM | Review<br>Review of claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
|            | CMM | Phone call from client<br>Phone call from client on case status; email to opp atty on aff. of mailing and notice not being sent to class rep | 0.50<br>230.00/hr | 115.00 |
| 10/29/2007 | CMM | Phone call from client<br>Phone call from class member                                                                                    | 0.10<br>230.00/hr | 23.00 |
|            | CMM | Review<br>Review of claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 10/30/2007 | CMM | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney re: aff. of mailing                                          | 0.10<br>230.00/hr | 23.00 |
|            | CMM | Review<br>Review of claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 11/1/2007  | CMM | Review<br>Review of claim forms                                                                                                           | 0.10<br>230.00/hr | 23.00 |
| 11/5/2007  | CMM | Meeting<br>Meeting w/ Atty O'Reilly discussing fee pet.                                                                                   | 0.10<br>230.00/hr | 23.00 |

Barbara Schneider       Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2007 | CMM | Draft<br>Drafting fee pet. docs.; preparing opt-out and claim forms and forwarding to opp atty; email to opp atty re: notice, fairness hearing, final order, etc. | 0.70<br>230.00/hr | 161.00 |
| 11/6/2007 | CMM | Meeting<br>Meeting w/ Atty O'reilly discussing fee pet. and fairness hearing | 0.10<br>230.00/hr | 23.00 |
| 11/7/2007 | RKO | Review<br>Review fee petition and billing | 0.80<br>325.00/hr | 260.00 |
|  | CMM | Review<br>Review of D's Aff. of mailing of notice | 0.10<br>230.00/hr | 23.00 |
|  | CMM | Preparation<br>final Preparation and filing of fee pet. and accompanying docs | 0.70<br>230.00/hr | 161.00 |
|  |  | **For professional services rendered** | **49.20** | **$12,908.00** |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 10/4/2007 | CMM | Court Filing Fee | 1<br>250.00 | 250.00 |
|  | CMM | Service Fee<br>Service Fee | 1<br>20.00 | 20.00 |

**Total additional charges**       $270.00

**Total amount of this bill**       $13,178.00

Balance due       $13,178.00