Exhibit 2

# ADEMI & O'REILLY, LLP
## FIRM BIOGRAPHY

**ADEMI & O'REILLY, LLP** has represented thousands of consumers and business organizations in civil matters in State and Federal courts. The firm actively practices in the fields of securities class action litigation and consumer class action litigation, including antitrust and consumer credit. The firm also practices federal bankruptcy law and federal appellate law.

### Firm Highlights

### APPOINTMENTS AS CLASS COUNSEL

Ademi & O'Reilly, LLP has served as court-appointed class counsel in over twenty-five certified class actions in state and federal courts across the United States. No law firm based in Wisconsin has appointed class counsel as frequently as Ademi & O'Reilly, LLP. These are just a fraction of the cases wherein Ademi & O'Reilly, LLP was appointed class counsel:

**In re: eFunds Corporation Securities Litigation (E.D. Wis.)**
Ademi & O'Reilly, LLP filed a securities class action eFunds Corporation for improper accounting practices. The court appointed Ademi & O'Reilly, LLP co-lead counsel for the class.

**In re: Spiegel Corp. Securities Litigation (N.D. Ill.)**
The U.S. District Court of the Northern District of Illinois, Eastern Division, appointed Ademi & O'Reilly, LLP co-lead counsel in a securities class action brought against controlling entities of Spiegel Corp.

**Madely v. RadioShack, Inc. (Milwaukee, WI Circuit Court)**
Ademi & O'Reilly, LLP was appointed co-class counsel in this suit seeking overtime compensation for RadioShack employees.

**Beattie v. Capital One Bank (E.D. Wis.)**
Ademi & O'Reilly, LLP was appointed class counsel in this lawsuit under the Fair Debt Collection Practices Act.

**Forrest v. CMA Mortgage Corp. (E.D. Wis.)**
Ademi & O'Reilly, LLP was appointed class counsel in this case brought pursuant to the Faitr Credit Reporting Act.

**Seeger v. AFNI, Inc. (E.D. Wis.)**
Ademi & O'Reilly, LLP was appointed class counsel in this lawsuit under the Fair Debt Collection Practices Act and the Wisconsin Consumer Act.

**Emerson v. Aegis Lending Corporation (E.D. Wis)**
Ademi & O'Reilly, LLP was appointed class counsel in this lawsuit under the Fair Credit Reporting Act.

**Miller v. NCO Financial Services, Inc. (E.D. Wis.)**
Ademi & O'Reilly, LLP was appointed co-class counsel in this lawsuit under the Fair Debt Collection Practices Act.

**Hernandez v. Robinson Reagan and Young, P.C. (E. D. Wis.)**
Ademi & O'Reilly, LLP was appointed co-class counsel in this lawsuit under the Fair Debt Collection Practices Act.

**Patton v. National Asset Management Enterprises, Inc. (E.D. Wis.)**
Ademi & O'Reilly, LLP was appointed co-class counsel in this lawsuit under the Fair Debt Collection Practices Act.

**Ramirez v. National Revenue Corp. (E.D. Wis.)**
Ademi & O'Reilly, LLP was appointed co-class counsel in this lawsuit under the Fair Debt Collection Practices Act.

**Ferch v. JBC & Associates (N.D. Ill.)**
Ademi & O'Reilly, LLP was appointed co-class counsel in this lawsuit under the Fair Debt Collection Practices Act.


**CONSUMER CLASS ACTIONS**

Ademi & O'Reilly, LLP has litigated over 100 consumer lawsuits, both as individual and class actions in the Eastern District of Wisconsin, under the Fair Debt Collection Practices, the Truth in Lending Act, the Fair Credit Reporting Act, and other statutes. Ademi & O'Reilly, LLP also successfully challenged a settlement of a Fair Credit Reporting Act class action in South Carolina, substantially improving the settlement for the benefit of class members.

**In re Hyundai Horsepower Litigation**
Ademi & O'Reilly, LLP represents a United States and Canadian class of purchasers of Hyundai and Kia motor vehicles, to whom Hyundai & Kia represented the horsepower of various vehicles. Over 1.3 million vehicle purchasers are in the class, and the case is pending in the Orange County (California) Superior Court. A settlement worth over $100 million has been reached with Hyundai USA; litigation against Kia continues.

**Linton et al. v. MBTI, Inc., et al. (E.D. of Wis.)**
Ademi & O'Reilly, LLP represents several plaintiffs in a class action lawsuit against a vocational school in Milwaukee, Wisconsin. The suit alleges that the Defendants committed fraud in obtaining student loan funds, and a variety of other consumer violations. Litigation is pending.

**Washkoviak v. Student Loan Marketing Association**
Ademi & O'Reilly, LLP is co-lead counsel in a nationwide class action lawsuit brought against Sallie Mae for improper impositions of late fees and interest with respect to student loan. The Superior Court order of dismissal was converted by the D.C. Court of Appeals into a dismissal without prejudice and an amended complaint was filed. The case was dismissed again by the same judge. On appeal, the D.C. Courts of Appeals reversed the Superior Court, and remanded the case for further proceedings. On both appeals, Attorney O'Reilly presented oral argument for the appellants.

**ANTITRUST**

**In re Automotive Refinishing Paint Antitrust Litigation**, MDL Dkt. No. 1426
Ademi & O'Reilly, LLP is co-counsel in more than 20 lawsuits brought against the major car paint manufacturers, including Sherwin Williams, Akzo Nobel, DuPont, PPG Industries and

BASF. The Court has certified a class, and litigation is on-going. A partial settlement of $66.7 million has been achieved, and litigation against two defendants continues.

**APPELLATE REPRESENTATION**

Ademi & O'Reilly, LLP has litigated over fifteen appeals to the United States Court of Appeals for the Seventh Circuit and two petitions for certiorari to the United States Supreme Court, one of which was granted. Mr. O'Reilly has presented oral argument nine times before the Seventh Circuit, and twice before the District of Columbia Court of Appeals. In *Catencamp v. Cendant Timeshare Resort Group, Inc.*, Ademi & O'Reilly, LLP won a reversal of the district court's grant of summary judgment against a consumer, and also a denial to present an amended complaint, in an opinion authoired by Judge Frank Easterbrook. Recently, as court-appointed counsel, the firm won the reversal of a conviction for drug distribution, freeing an innocent man. On a habeas corpus motion after appeal, Ademi & O'Reilly, LLP established the ineffective assistance of trial counsel, resulting in a reduction of one client's criminal sentence from 180 months to 54 months.

**OTHER LITIGATION**

Ademi & O'Reilly, LLP has served as debtor's counsel in numerous complex bankruptcies, including the representation of corporations under Chapters 7 and 11 of the Bankruptcy Code, and informal debt workouts. Ademi & O'Reilly, LLP has represented over 1,000 debtors in Bankruptcy Court.

## THE FIRM'S ATTORNEYS

**Shpetim Ademi** graduated *cum laude* from the University of Wisconsin—Milwaukee in 1992, with honors in philosophy and history, and an honors thesis in philosophy. He graduated from the University of Wisconsin Law School in 1996 where he authored one of the first analyses of the Private Securities Litigation Reform Act of 1995. He also interned with Judge Charles B. Schudson of the Wisconsin Court of Appeals, 1st District. Mr. Ademi serves as managing partner of Ademi & O'Reilly, LLP.

**Robert K. O'Reilly** graduated from the University of Toronto with distinction in 1993, and from the University of Wisconsin Law School *cum laude* in 1996. He served as an Articles Editor for the Wisconsin Law Review, was elected to the Order of the Coif, and received the University League Award for outstanding service and scholarship to the Law School. Mr. O'Reilly served as a law clerk for Chief Judge James E. Shapiro of the United States Bankruptcy Court for the Eastern District of Wisconsin from 1996 to 1997, and Judge Daniel A. Manion of the United States Court of Appeals for the Seventh Circuit from 1997 to 1999. He is a member of Ademi & O'Reilly, LLP, joining the Firm in 1999. Recently, Mr. O'Reilly spoke on the mutual fund industry scandals involving late trading and arbitrage during a State Bar of Wisconsin seminar featuring a keynote address by William Lerach. He is a member of the National Association of Consumer Advocates.

**Guri Ademi** graduated from the University of Wisconsin—Milwaukee *magna cum laude* in 1990, and the University of Wisconsin Law School in 1993. He served as a Notes and Comments Editor for the Wisconsin Law Review and interned with Judge Thomas Curran of the Eastern District of Wisconsin. He was an associate with Quarles & Brady LLP in its corporate finance and antitrust groups from 1993 to 2000 and an associate with Whyte Hirschboeck Dudek

# Exhibit 2

S.C. in its securities and antitrust groups from 2000 to 2001. He joined Ademi & O'Reilly, LLP in August 2001, and heads its antitrust and securities litigation practices. Mr. Ademi has written and spoken extensively on antitrust and securities matters, including contributions to Wisconsin's CLE 1997-98 Handbook for "Securities Liabilities" and "Securities Registrations" and antitrust compliance presentations to the Wisconsin Group of Road-Builders and the Miller Brewing Company.

**David J. Syrios** graduated from the University of Illinois in 2000 and Marquette University Law School in 2003. He interned with the United States Attorney's Office for the Eastern District of Wisconsin. He is admitted to practice in Wisconsin and the Eastern District of Wisconsin. He is an associate with Ademi & O'Reilly, LLP, practicing primarily in the field of bankruptcy.

**John D. Blythin** graduated from the University of Wisconsin – Madison with honors in 1999, and the University of Wisconsin Law School in 2003. During law school, he interned with the Coalition of Wisconsin Aging Groups Elder Law Center from 2001-2002 and with the law school's Consumer Law Litigation Clinic from 2002-2003. He was an associate with Edelman, Combs, Latturner & Goodwin, LLC, practicing consumer law and class actions from 2003 to 2005. He joined Ademi & O'Reilly, LLP in March 2005 as an associate practicing primarily in the field of consumer law. He is a member of the National Association of Consumer Advocates.

**Corey Mather** graduated from the University of Michigan in 2000. In 2005 he concluded a joint degree program at the University of Wisconsin – Madison where he earned his law degree cum laude from the Law School concurrently with earning his Master's Degree in Philosophy. He joined Ademi & O'Reilly in March 2006 as an associate attorney primarily in the field of consumer law.

**David M. Victor** graduated from Vanderbilt University, where he earned his B.A. in 1980 and his J.D. in 1983. He is admitted to practice law before the Supreme Court of Wisconsin, the United States District Court for the Eastern District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit. He has over twenty-two years of active civil trial and appellate experience, including fifteen years as an in-house trial attorney for a major national property and casualty company. He has tried over seventy civil jury trials to verdict in state and federal courts, and has successfully argued appellate cases to the Wisconsin Supreme Court and to the United States Court of Appeals for the Seventh Circuit. He is Board Certified as a Civil Trial Advocate, by the National Board of Trial Advocacy.